```
          UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 23575
   PASQUALE V CARESTIA
                                             CHAPTER 13

                                             JUDGE: BRUCE W BLACK

           Debtor
    SSN XXX-XX-8929


------------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 06/14/05 and confirmed on 08/17/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  18000.00 .

   4.  The Trustee made disbursements to creditors as follows:


------------------------------------------------------------------------------
CREDITOR NAME            CLASS             CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                PAID            PAID
------------------------------------------------------------------------------
TCF BANK                 CURRENT MORTG           .00              .00             .00
TCF BANK                 SECURED                 .00              .00             .00
GMAC PAYMENT CENTER      SECURED             7833.92           506.51         7833.92
AMERICAN GENERAL FINANCE UNSECURED            298.46              .00           52.78
ECAST SETTLEMENT CORPORA UNSECURED           4042.32              .00          714.87
FIA CARD SERVICES        UNSECURED          NOT FILED             .00             .00
ECAST SETTLEMENT CORP    UNSECURED           1360.07              .00          240.52
SMC                      UNSECURED            609.54              .00          107.80
ECAST SETTLEMENT CORPORA UNSECURED           4910.94              .00          868.48
DISCOVER BANK            UNSECURED           4850.04              .00          857.71
GE MONEY BANK            UNSECURED            135.61              .00           23.98
HOME DEPOT CREDIT SERVIC UNSECURED          NOT FILED             .00             .00
ECAST SETTLEMENT CORPORA UNSECURED            513.17              .00           90.75
MARSHALL FIELD           UNSECURED            860.42              .00          152.16
ECAST SETTLEMENT CORP    UNSECURED           3053.23              .00          539.95
ECAST SETTLEMENT CORPORA UNSECURED          17147.53              .00         3032.49
ECAST SETTLEMENT CORPORA UNSECURED            679.49              .00          120.17
AFNI/VERIZON             UNSECURED            299.69              .00           53.00
WELLS FARGO FINANCIAL IN UNSECURED            232.68              .00           41.15

CREDITOR NAME            CLASS             CLAIM AMOUNT       INTEREST        PRINCIPAL
                                                                PAID            PAID
------------------------------------------------------------------------------
      Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY     UNSECURED        OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  7833.92         .00       38993.19          .00        46827.11
PRINCIPAL PAID      7833.92         .00        6895.81          .00        14729.73
INTEREST PAID        506.51         .00            .00          .00          506.51
TOTAL PAID          8340.43         .00        6895.81          .00        15236.24
```

```
The Debtor's attorney, SCHOTTLER & ZUKOSKY           , was allowed $   2200.00
and was paid $     200.00   direct and $    2000.00   through the plan.

The Trustee received $     763.76 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



    Dated: 05/21/08                    /S/
                                       GLENN STEARNS
                                       CHAPTER 13 TRUSTEE
```